

The Law Offices of
ROBERT S. GITMEID & ASSOC., PLLC

August 5, 2022

**<u>VIA ECF & E-MAIL</u>**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
Email: Failla_NYSDChambers@nysd.uscourts.gov



RE:   <u>Patricia D. Bailey v. Equifax Information Services, LLC</u>
      **Case No.: 1:22-cv-04881 (KPF)**

Your Honor:

I write on behalf of Plaintiff Patricia D. Bailey in the above-referenced matter to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for August 10, 2022, at 11:00 a.m. (<u>See</u> Dkt. No. 5).

This request is respectfully made to afford the undersigned, who was assigned this matter today, additional time to review this matter and prepare for the Initial Pretrial Conference.

There have been no prior requests for adjournment of the Initial Pretrial Conference, and Defendant Equifax Information Services, LLC consents to this request.

Thank you for Your Honor's consideration of this matter.

                                      Respectfully Submitted,

                                      <u>/s/ Robert Wennemer</u>
                                      Robert Wennemer, Esq.
                                      Law Offices of Robert S. Gitmeid
                                      & Associates, PLLC
                                      30 Wall Street, 8th Floor #741
                                      New York, NY 10005

Tel (866) 249-1137     30 Wall Street, 8th Floor #741, New York, NY 10005     Fax (212) 412-9005
www.GitmeidLaw.com



## The Law Offices of
## ROBERT S. GITMEID & ASSOC., PLLC

T: (866) 249-1137
F: (212) 412-9005
E: Robert.W@gitmeidlaw.com
*Attorneys for Plaintiff*

<u>CC: (via ECF)</u>
Boris Brownstein, Esq.
Clark Hill, PLC
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Tel: (609) 785-2923
Fax: (609) 785-2999
Email: bbrownstein@clarkhill.com
*Attorneys for Defendant Equifax Information Services, LLC*

Application GRANTED. The initial pretrial conference in this matter is hereby ADJOURNED to **October 26, 2022, at 10:30 a.m.**

The Clerk of Court is directed to terminate the motion at docket entry 7.

SO ORDERED.

Dated:   August 8, 2022
         New York, New York

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE